

BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00455-DAD |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE: PROBATION REVOCATION |
| v. | |
| ERIKA DEL CARMEN MARISCAL, | |
| Defendant. | |

It is Hereby Ordered that the defendant appear on November 27, 2012, at 10:00 a.m. to show cause why the probation granted on December 6, 2011, should not be revoked for the defendant's failure to satisfy her court-ordered restitution obligation and failure to make minimum monthly payments towards such restitution.

IT IS SO ORDERED.

Dated: November 26, 2012

HON. DALE A. DROZD
United States Magistrate Judge