BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00455-DAD |
| Plaintiff, | ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION |
| v. | |
| ERIKA DEL CARMEN MARISCAL, | |
| Defendant. | |

Based upon the allegations contained within the Probation Revocation Petition filed by the United States on November 15, 2012, and upon consideration of the Request for Issuance of Judicial Summons filed by the United States on November 27, 2012, it is Hereby Ordered that the Clerk's Office issue a summons directing the defendant to appear on December 18, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge